# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139371(26)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v                                                       SC: 139371
                                                        COA: 289636
                                                        Saginaw CC: 99-018144-FC
KEITH ALLAN WINFIELD,
      Defendant-Appellant.

_____/

        On order of the Court, the motion for reconsideration of this Court's January 29, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010                          _____
                                                        Clerk

d0322